Commonwealth v. Charles, Appellant.

Submitted March 19, 1973. *Raymond P. Forceno*, and *Brobyn and Moran*, for appellant; *Linda West Conley, James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth v. Charles, Appellant.

Argued March 21, 1973. *Samuel W. Salus, II*, Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, with him *J. David Bean*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth v. Cintron, Appellant.

Submitted March 22, 1973. *Theodore S. Danforth*, for appellant; *D. Richard Eckman*, Assist-